IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-61412-CIV-COHN/SELTZER

LORETTA GLORY, as personal representative
of the Estate of CONNOR DAVIS, deceased,

        Plaintiff,
V.

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK) a
District of Columbia corporation,

        Defendant,
_____/

## ORDER GRANTING IN PART JOINT MOTION TO CONTINUE TRIAL
## ORDER TO PLAINTIFF TO CLARIFY STATUS OF PERSONAL REPRESENTATIVE

THIS CAUSE is before the Court upon the parties' Joint Motion to Continue Trial [DE 33] and the Suggestion of Death of the personal representative [DE 32]. The Court has carefully considered the motion, and is otherwise fully advised in the premises.

This joint request for a two to three month continuance of trial and all pretrial deadlines is based upon the parties' present failure to complete discovery in the time allotted by the Court. This case was removed to this court on September 5, 2008, whereupon the Court set the case for trial in August of 2009. In January of 2009, Plaintiff obtained new counsel, who sought a continuance of the trial. On March 10, 2009, this Court reset the trial until November, 2009, and extended all pretrial deadlines. On June 22, 2009, Defendant filed a suggestion of death as to the personal representative.

The parties base their motion for continuance on the fact that this is a wrongful death case. The Court understands that such cases have more at stake and more issues

than the average personal injury case. Nonetheless, the parties should have been able to complete discovery in the nine and one-half months from the scheduling conference before the Magistrate Judge until the current deadline of July 21, 2009. Because the present request is a joint request, and because of the death of the personal representative, the Court will allow a two month continuance of all deadlines.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The parties' Joint Motion to Continue Trial [DE 33] is hereby **GRANTED**;

2. The new deadlines for this case are as follows:

| | |
|---|---|
| Expert Disclosures, including reports | September 18, 2009 |
| Rebuttal Expert Disclosures | October 16, 2009 |
| Fact Discovery | September 18, 2009 |
| Expert Discovery | October 30, 2009 |
| Substantive pretrial motions: | November 13, 2009 |
| Mediation Deadline | November 19, 2009 |
| Daubert motions: | Ten days after submission of expert affidavit if submitted in support or opposition to motion for summary judgment, or by November 24, 2009, if witness is only trial witness |
| Motions in limine | December 18, 2009 |
| Joint Pretrial Stipulation and any Deposition Designations for use at trial for any unavailable witness | December 30, 2009 |
| Responses to motions in limine | January 4, 2009 |

|  | Proposed Jury instructions and voir dire questions, objections to deposition designations and/or cross-designations | Calendar Call |
|---|---|---|

2. The Calendar Call for this case is reset for 9:00am on January 7, 2010, in Courtroom 203E of the United States Courthouse, 299 East Broward Blvd, Fort Lauderdale, Florida;

3. The trial is reset for the two week period commencing January 11, 2010;

4. Plaintiff shall address whatever the significance is of the Suggestion of Death of the personal representative [DE 32] by filing a status report by July 23, 2009.

DONE AND ORDERED in Chambers, at Fort Lauderdale, Broward County, Florida, this 8th day of July, 2009.

JAMES I. COHN
United States District Judge

Copies furnished:

counsel of record on CM/ECF